STATE OF NEW JERSEY v. RICHARD ALLEN HAUSER.

July 20, 1977. Cross Petition for certification denied. (See 147 *N. J. Super.* 221)

STATE OF NEW JERSEY v. NESTOR PALACIO.

July 20, 1977. Petition for certification denied. (See 147 *N. J. Super.* 221)

STATE OF NEW JERSEY v. NESTOR PALACIO.

July 20, 1977. Cross Petition for certification denied. (See 147 *N. J. Super.* 221)

NEW YORK LIFE INS., CO. v. ESTATE OF DEAN CHARLES HUNT.

July 20, 1977. Petition for certification denied. (See 150 *N. J. Super.* 271)

LORRAINE LAVENE v. BERNARD LAVENE.

July 20, 1977. Petition for certification denied. (See 148 *N. J. Super.* 267)